FILED
MAY 07 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-0849-TWR |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| BRIAN MIGUEL HERNANDEZ (2), | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Information in the above-titled case is dismissed without prejudice as to Defendant Brian Miguel Hernandez only.

IT IS SO ORDERED.

DATED: 5/7/25

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE